United States District Court
Southern District of Texas
**ENTERED**
May 15, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ELUID ACEVEDO, § | |
|    Plaintiff § | |
| § | |
| vs. § | Civ. No. 5:16-CV-337 |
| § | |
| HARTFORD CASUALTY INSURANCE § | |
| COMPANY, § | |
| SENTINEL INSURANCE COMPANY, § | |
| LTD., § | |
|    Defendants § | |

## ORDER OF DISMISSAL

Pending is the parties' joint motion to dismiss. (Dkt. 11). The parties inform the Court that they entered into a settlement and agreed to dismiss the case with prejudice.

The motion (Dkt. 11) is GRANTED. This case is DISMISSED with Prejudice.

DONE at Laredo, Texas, this 15th day of May, 2017.

*/s/ George P. Kazen*
George P. Kazen
Senior United States District Judge